**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) CR. No CR 07-141S
) Violation of 18 U.S.C. § 215(a)(2)
DAVID CARPENTER )

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

From on or about October 11, 2005, through on or about November 4, 2005, in the District of Rhode Island, defendant DAVID CARPENTER, as an officer, employee and agent of a financial institution, to wit Bank Rhode Island, did corruptly solicit, demand, accept and agree to accept for his benefit a thing of value from persons known to the United States Attorney, and did intend to be influenced and rewarded in connection with any business and transaction of Bank Rhode Island.

In violation of 18 U.S.C. § 215(a)(2).

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

Andrew Reich/LV
ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief

11/14/07
Date