AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

David Carpenter

APPEARANCE

CASE NUMBER: CR 07-141 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant.

I certify that I am admitted to practice in this court.

11/20/07
*Date*

Jeffrey B. Pine Esq.
*Signature*

*Print Name* #2278 *Bar Number*

321 South Main St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

351-8200 351-9032
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.