O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DAVID CARPENTER

WAIVER OF INDICTMENT

CASE NUMBER: CR-07-145

I, David Carpenter, the above named defendant, who is accused of

corruptly soliciting, demanding, accepting and agreeing to accept for his benefit a thing of value, intending to be influenced and rewarded in connection with the business and transaction of a financial institution, as an officer, employee and agent of a financial institution, in violation of Title 18, United States Code, Section 215(a)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/20/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Jeffrey B. Pine #2278
Counsel for Defendant

Before David L. Martin
Judicial Officer USMJ