# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DAVID CARPENTER
03/10/73

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-141S

RECE
U.S. MARSH
NOV 15
District of R

(Name and Address of Defendant)
DAVID CARPENTER
44 ROCKLAND AVE. CRANSTON, RI 02910

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: | Date and Time<br>Tuesday, November 20, 2007 at 3:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 215(a)(2)

Brief description of offense:

DID CORRUPTLY SOLICIT DEMAND ACCEPT AND AGREE TO ACCEPT A THING OF VALUE INTENDING TO BE REWARDED IN CONNECTION WITH THE BUSINESS AND TRANSACTION OF A FINANCIAL INSTITUTION

Signature of Issuing Officer

November 15, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 11/20/07 14:20 Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC PROVIDENCE, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/20/07
Date

BURTON STALLWOOD
Name of United States Marshal

7601
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2007 NOV 26 P 1:03
FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.