/s/Lee H. Vilker