IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 07-141S
:
DAVID CARPENTER :

GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned attorneys, respectfully moves the Honorable Court to continue sentencing in this matter, presently scheduled for April 25, 2008. The United States requests this continuance due to a recent arrest made in a related matter in which defendant's testimony may be required. Counsel for defendant, Jeffrey B. Pine, Esq., has assented to this motion. The United States respectfully requests that the sentencing hearing be re-scheduled until July 31, 2008 at 9:30 a.m.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
LEE H. VILKER
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
lee.vilker@usdoj.gov

Dated: April 7, 2008

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 7th day of April, 2008, I caused the within Government's Motion to Continue Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Jeffrey B. Pine, Esq.
321 South Main Street, Suite 302
Providence, R.I. 02903

I further certify that a copy was mailed via regular mail to:

Dennis Jenkins
United States Probation Officer
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
Lee.vilker@usdoj.gov