**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | | **07-00141-01S** |
| | : | |
| **DAVID CARPENTER** | : | |

## DEFENDANT'S MOTION FOR A MODIFICATION OF THE HOME CONFINEMENT CONDITIONS

Now comes the Defendant in this matter and moves to modify the conditions of home confinement in one respect.

The Defendant is requesting permission to travel on Saturdays to the residence of his parents (Joanne and Michael Carpenter) which is located at 42 Danielson Pike, Foster, Rhode Island 02825 between the hours of 11:00 am to 6:00 pm. Their phone number is 401-647-2029. The purpose of this request is two-fold.

First, for the past 6 years the Defendant has regularly brought his two young children to his parents' residence on Saturdays for visits and to spend the day with their grandparents; the Defendant's wife works all day Saturday and the Defendant has provided the transportation to and from for his children.

Second the Defendant has performed various jobs around the house for his parents who are in their '60's on Saturdays—as examples these jobs include cutting wood on the property for both his parents' home heating needs as well as his own residence, to yard work and general maintaining of the property, as well as other home repair tasks that occur.

This request is therefore limited to the following:

- Saturday visits from the hours of 11:00 am to 6:00 pm at 42 Danielson Pike, Foster, Rhode Island;
- The Defendant will not leave the premises while he or his children are there visiting;
- The Defendant will go and come directly to and from the residence with no stops in-between;
- The Defendant will inform Probation if there are Saturdays where, for some reason, he does not go to his parents' residence.

Upon information and belief the Probation Department has no objection to this request and will defer to the discretion of the Court.

Respectfully submitted,
DAVID CARPENTER

By His Attorney,

/s/ Jeffrey B. Pine #2278
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

## CERTIFICATION

I hereby certify that this Motion and Memo were filed electronically on the 8th day of August 2008, and a copy was mailed to Lee Vilker, Esq., AUSA, 50 Kennedy Plaza, Providence, Rhode Island 02903.

/s/ Jeffrey B. Pine